IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HILARIO MEDINA,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF UTAH et al.<br><br>    Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:15-CV-200-RJS<br><br>District Judge Robert J. Shelby |

  On October 25, 2016, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed for his failure to file a reply to Respondent's motion to dismiss his habeas-corpus petition. Petitioner still has not replied to Respondent's answer--now filed over five months ago. The Court has not heard from Petitioner again since September.

  IT IS THEREFORE ORDERED that Petitioner's petition is DISMISSED for failure to obey to the Court's order and to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). This case is CLOSED.

  DATED this 21st day of December, 2016.

            BY THE COURT:

            _____
            JUDGE ROBERT J. SHELBY
            United States District Court